FILED
2024 MAY 20 AM 10: 33
CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | JKB 24 CR 109 |
| v. | |
| Kobie Lee FARMER | 2:24-mj-02925-DUTY |
| | DECLARATION RE |
| DEFENDANT(S). | OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: Drug Enforcement Administration
in the _____ District of Maryland _____ on May 9, 2024
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about May 9, 2024
in violation of Title 21 _____ U.S.C., Section(s) 841 (a) (1) and 846
to wit: _____

A warrant for defendant's arrest was issued by: A. David Copperthite, United States Magistrate Judge

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     5/16/24
                Date

_____        Ricardo Martoccia
Signature of Agent               Print Name of Agent

Drug Enforcement Administration  Special Agent
Agency                           Title

CR-52 (03/20)            DECLARATION RE OUT-OF-DISTRICT WARRANT