**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:24-MJ-02925 |
| v. | |
| KOBIE FARMER | (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

The Court hereby orders that the request of:

KOBIE FARMER   ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute ROYAL DL BOND who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

30141 Antelope Rd D228
*Street Address*

Menifee, CA 92584                           royal@bondlawlegal.com
*City, State, Zip*                           *E-Mail Address*

844-476-9254           844-464-0904           346254
*Telephone Number*      *Fax Number*           *State Bar Number*

as attorney of record instead of DREW HAVENS
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**   ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                    _____
                                          U. S. District Judge/U.S. Magistrate Judge